UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERRANCE KNOX                                          CIVIL ACTION

versus                                                 NO. 14-2750

WARDEN N. BURL CAIN                                    SECTION: "F" (3)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the "second or successive" petition for federal *habeas corpus* relief filed by Terrance Knox is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that petitioner's "Motion to Set Aside Judgment Due to Newly Discovered Evidence Pursuant to F.R.C.P., Rule 60(b)(2), 28 U.S.C.A.," Rec. Doc. 7, is **DENIED**.

New Orleans, Louisiana, this  30th  day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE